```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :       MISDEMEANOR
                                        INFORMATION
        - v. -                  :
                                        07 Cr. ____
SHANIQUA BOULDIN,               :

                Defendant.      :

- - - - - - - - - - - - - - - x
```

07CR1216

07CRIM1216

COUNT ONE

The United States Attorney charges:

On or about August 21, 2007, in the Southern District of New York, SHANIQUA BOULDIN, the defendant, unlawfully, willfully, and knowingly, did obstruct and retard the passage of the mail, to wit, BOULDIN, a Postal Service employee, placed approximately 200 pieces of mail entrusted to her for delivery in the garbage.

(Title 18, United States Code, Section 1701.)

MICHAEL J. GARCIA
United States Attorney

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12-21-07