# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/6/08

March 6, 2008

BY HAND

Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1370
New York, New York 10007

Re: **United States v. Shaniqua Bouldin**
    07 Cr. 1216 (AJP)

Dear Judge Peck:

This letter is respectfully submitted on behalf of my client Shaniqua Bouldin, to request an adjournment of the sentencing hearing, currently scheduled for April 16, 2008. I have spoken with Antonia M. Apps, Esq. on behalf of the Government, and she consents to this application. We request an adjournment to any date after June 16, 2008, as counsel is commencing a trial before Honorable William H. Pauley, III, on May 5, 2008, which is anticipated to last approximately five weeks.

At present, Mrs. Bouldin has not been interviewed by Probation for the Presentence Report. On one occasion the interview had to be rescheduled because Ms. Bouldin's daughter was hospitalized with pneumonia and tonsilitis. More recently, Ms. Bouldin suffered a death in the family.

On January 16, 2008, Ms. Bouldin entered a guilty plea to a misdemeanor information.

Thank you for your consideration of this request.

Respectfully submitted,

Robert M. Baum
Associate Attorney
Tel.: (212) 417-8760

**MEMO ENDORSED** 3/6/08

Sentencing adjourned to June 17 at 9:30 AM (sharp).

SO ORDERED

HONORABLE ANDREW J. PECK
United States District Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

cc: Antonia M. Apps, Esq.,
    Assistant United States Attorney

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated: __March 6, 2008__          Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Robert M. Baum, Esq. | 212-571-0392 |
|  |  |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 3/6/08

Sentencing adjourned at defendants' request to June 17 at 9:30 AM (sharp).


Copy to:   Antonia M. Apps, Esq.